AO 91 (Rev. 11/11)  Criminal Complaint

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FEB 24 2025
DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
### for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25 MJ00019 |
| CARLOS GUZMAN-SORTO | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 11, 2025 _____ in the county of _____ Rapides _____ in the
_____ Western _____ District of _____ Louisiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| 18:113(a)(4) | Assault within Maritime and Territorial Jurisdiction |
| 49: 46504 | Interference with Flight from Crew Members |

This criminal complaint is based on these facts:

See Attachment 1 (Affidavit)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SSA Ross Neal, HSI-ERO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Feb. 24, 2025__

_____
*Judge's signature*

City and state: _____ Alexandria, LA _____

Joseph H.L. Perez-Montes, U.S. Mgistrate Judge
*Printed name and title*